**Motion Granted; Order filed June 28, 2018**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00457-CV

———————

**TEXAS CHILDREN'S HOSPITAL AND BAYLOR COLLEGE OF MEDICINE, Appellants**

**V.**

**SHERRY KNIGHT, KENNY KNIGHT INDIVIDUALLY AND AS NEXT FRIENDS OF KAMDYN KNIGHT, Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-16713**

## ORDER

Appellant Texas Children's Hospital filed a motion to extend time to file the reporter's record and a supplemental clerk's record. Appellant further requests extension of its briefing deadline until the reporter's record is filed. We grant appellant's motion and enter the following order:

We order Gina Jackson, the official court reporter, to file the remaining record

in this appeal on or before July 30, 2018. Appellants' brief will be due 20 days after the complete reporter's record is filed. With regard to the supplemental clerk's record, if appellants need to rely on a trial court document that is part of the record below, that is not yet part of the clerk's record on appeal, they should put a copy of the document in the appendix to their brief, with a notation that the official document has been requested from the clerk.


PER CURIAMrr